# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RUBBY JAMES GRAY**                                                **PLAINTIFF**
**ADC #500127**

**v.**                          **No. 3:25-cv-22-DPM**

**SUSAN DUFEL, Nurse, Poinsett
County Detention Center;
REGINA HINDMAN, Lieutenant,
Poinsett County Detention Center;
and STEVE IMBODEN, Public
Defender, Poinsett County
Detention Center**                                        **DEFENDANTS**

## ORDER

1.     The Court withdraws the reference.

2.     Gray hasn't updated his address, *Doc. 14*; and his mail is still being returned undelivered. *Doc. 15 & 16.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2026