# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**RUBBY JAMES GRAY**                                              **PLAINTIFF**
**ADC #500127**

**v.**                              **No. 3:25-cv-22-DPM**

**SUSAN DUFEL, Nurse, Poinsett**
**County Detention Center;**
**REGINA HINDMAN, Lieutenant,**
**Poinsett County Detention Center;**
**and STEVE IMBODEN, Public**
**Defender, Poinsett County**
**Detention Center**                                            **DEFENDANTS**

## JUDGMENT

Gray's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 May 2026